# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| DOUGLAS KENDALL DUNNING ) | |
| ) | MISC ACTION 1:21-MC-01001-KD |
| ) | |

## ORDER

This matter is before the Court on review of the Order to show cause (Doc. 8) and Dunning's Response (Doc. 9).

The Court notes Dunning's State of Alabama suspension, and has considered Dunning's Response. This Court is not a forum for reconsideration of the basis for Dunning's suspension. Instead, in order to practice in the Southern District of Alabama, an attorney must be a licensed attorney. Dunning's license has been suspended, which creates a presumption that he is no longer a licensed attorney, and therefore, is ineligible to practice in this Court. Dunning has failed to rebut this presumption in his Response.

Accordingly, upon consideration, it is **ORDERED** that Douglas Kendall Dunning is **SUSPENDED** from this Court.

**DONE** and **ORDERED** this the **19th** day of **July 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

1